300 Multiple Choices

Multiple Choices
The document name you requested (/attorneys/assets/opinions/appellate/unpublished/a3163-15.pdf) could not be found on this server.
However, we found documents with names similar to the one you requested.
Available documents:

/attorneys/assets/opinions/appellate/unpublished/a3136-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a3613-15.pdf (transposed characters)
/attorneys/assets/opinions/appellate/unpublished/a3143-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3161-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a2163-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3162-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3133-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3165-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3168-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3173-15.pdf (mistyped character)
/attorneys/assets/opinions/appellate/unpublished/a3263-15.pdf (mistyped character)

IBM_HTTP_Server at www.judiciary.state.nj.us Port 443